UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David A. Badhwa, et al.,

CIVIL NO. 18-cv-2258

    Plaintiffs,

v.

ORDER

Veritec, Inc., et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 21, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Defendant and Third-Party Plaintiff Veritec, Inc.'s Motion to Remand [Docket No. 11] be GRANTED IN PART AND DENIED IN PART.

2. The Court retain jurisdiction over those counterclaims to Veritec, Inc.'s Third-Party Complaint that seek declaratory relief, and that all other claims be remanded to state court.    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 12/13/18

                                          s/Patrick J. Schiltz_____
                                          Patrick J. Schiltz
                                          United States District Court Judge