

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

December 16, 2018


Attn: Kellie Van Slyke, Civil Assignment Office
Hennepin County District Court
C3 Government Center
300 South 6th Street
Minneapolis, MN 55487


Case Number: 18-cv-2258 (PJSDTS)

Case Title: Badhwa et al v. Veritec, Inc et al.

Re: Order Remanding to State Court

Dear Ms. Van Slyke:

A certified copy of the Order of Remand filed by Judge Patrick J. Schiltz dated 12/13/2018 is enclosed.

Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope.

Our records indicate your State Court case number is 27-cv-18-1218.

Deputy Clerk: lmb