UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID A. BADHWA, et al., | Case No. 18-CV-2258 (PJS/DTS) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| VERITEC, INC., | |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| ACESSE CORPORATION, et al., | |
| Third-Party Defendants. | |

---

Based upon the Stipulation for Dismissal filed by the parties on March 12, 2019 [ECF No. 38],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated:  March 13, 2019

                                                          s/Patrick J. Schiltz
                                                         Patrick J. Schiltz
                                                         United States District Judge